AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Jamal R. Clavon
*Plaintiff*
v.                                    Civil Action No.    3:19-03202-JMC

South Carolina Department of Corrections,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff shall take nothing of the Defendant as to Plaintiff's First Cause of Action for a violation of the ADA, Third Cause of Action for retaliation under the ADA, and Fourth Cause of Action for creating a hostile work environment under the ADA and these claims are dismissed. It is further ordered that the Plaintiff shall take nothing of the Defendant as to the Plaintiff's Second Cause of Action for a violation of the South Carolina Human Affairs Law and this cause of action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the defendant's motion for judgment on the pleadings.

Date:   February 24, 2021                        CLERK OF COURT

                                                          s/Angie Snipes
                                        *Signature of Clerk or Deputy Clerk*